IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ,<br><br>            Plaintiff,<br><br>       vs.<br><br>RALPH DIAZ, et al.,<br><br>            Defendants.<br>_____/ | 1:13-cv-00453-SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 21, 2013. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    March 29, 2013              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

-1-