1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MIGUEL DIAZ,                              1:13-cv-00453-SKO (PC)

12              Plaintiff,                     ORDER TO SUBMIT APPLICATION
                                              TO PROCEED IN FORMA PAUPERIS
13         vs.                                OR PAY FILING FEE WITHIN 45 DAYS

14   RALPH DIAZ, et al.,

15              Defendants.
     _____/
16

17         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C.

18   § 1983 on March 21, 2013.  Plaintiff has not paid the $350.00 filing fee or submitted an application

19   to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20         Accordingly, IT IS HEREBY ORDERED that:

21         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

22   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

23   the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

24   **showing of good cause**.

25         **Failure to comply with this order will result in dismissal of this action.**

26   IT IS SO ORDERED.

27   **Dated:    March 29, 2013              /s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE
28

                                              -1-