# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN RALPH DIAZ, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:13-cv-00453-SKO PC<br><br>ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 8 and 10) |

　　　　Plaintiff Miguel Diaz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 21, 2013. On May 3, 2013, Plaintiff filed a motion seeking an order mandating the provision of food and insulin, and on May 9, 2013, Plaintiff filed a motion seeking an order releasing him from contact isolation.

　　　　"A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 376 (2008) (citation omitted). "A plaintiff seeking a preliminary injunction must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest." *Id.* at 20 (citations omitted). An injunction may only be awarded upon a *clear showing* that the plaintiff is entitled to relief. *Id.* at 22 (citation omitted) (emphasis added).

　　　　However, as an initial matter, "a court has *no* power to adjudicate a personal claim or obligation unless it has jurisdiction over the person of the defendant." *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110, 89 S.Ct. 1562 (1969) (emphasis added); *S.E.C. v. Ross*,

504 F.3d 1130, 1138-39 (9th Cir. 2007). In this case, the Court does not yet have personal jurisdiction over any defendants and it cannot issue an order requiring them, or any other prison official, to take action, regardless of the merits, or lack thereof, of Plaintiff's motions for relief.[1] *Zenith Radio Corp.*, 395 U.S. at 110; *Ross*, 504 F.3d at 1138-39.

Accordingly, Plaintiff's motions for preliminary injunctive relief are HEREBY ORDERED DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   June 4, 2013**                              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] In a separate order issued concurrently with this order, the Court dismissed Plaintiff's complaint, with leave to amend. 28 U.S.C. § 1915A.