# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN RALPH DIAZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-00453-SKO PC<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER<br><br>(Doc. 14)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Miguel Diaz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 21, 2013. On June 5, 2013, the Court dismissed Plaintiff's complaint for failure to state a claim, ordered Plaintiff to file an amended complaint, and ordered Plaintiff to show cause why action should not be dismissed for failure to exhaust. 28 U.S.C. § 1915A; 42 U.S.C. § 1997e(a). The thirty-day deadline to comply with the order has expired and Plaintiff has not responded to the order.

Accordingly, the Court HEREBY ORDERS as follows:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to obey a court order; and

///

///

2. **The failure to respond to this order will result in dismissal of this action, with prejudice**.

IT IS SO ORDERED.

Dated: **July 16, 2013**                                  **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE