# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DIAZ, | Case No. 1:13-cv-00453-SKO (PC) |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
| v. | |
| WARDEN RALPH DIAZ, et al., | (Docs. 20, 22, and 28) |
| Defendants. | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

Plaintiff Miguel Diaz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 21, 2013. On January 8, 2014, the Court dismissed Plaintiff's second amended complaint for failure to state a claim under section 1983 and ordered Plaintiff to file a third amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was granted three thirty-day extensions of time to amend. The most recent extension expired on June 23, 2014, and Plaintiff failed to comply with the order to amend. Fed. R. Civ. P. 6(a), (d). As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which

///

///

relief may be granted under section 1983. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

Dated: __**July 27, 2014**__                              **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE

2